IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KRISTOPHER DUQUESNE (#0565-20), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-700-N |
| CHARLES E. EDGE and CORRECT CARE SOLUTIONS, | § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of May, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE